UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 19-1280 MWF (Ex)**                                    Date:  October 4, 2021

Title          Juan Garibay v. Nasser Allahverdi, et al.

Present: The Honorable:        MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff is ordered to show cause, in writing, why this action should not be dismissed for lack of prosecution.  There has been no activity in this case for over one year.

In response to this Order to Show Cause, Plaintiff may file, no later than **OCTOBER 18, 2021**, any of the following:

- Notice of Settlement;
- Stipulation for Dismissal and Proposed Order;
- Updated Joint Rule 26(f) Report; or
- Joint Status Report.

The matter will then be reviewed by the Court for further action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm